UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Jerald C. Linden, d/b/a
Linden Forest Products,

Plaintiff,

vs.

Americorp Financial, Inc.,

Defendant.

Civil Docket No. 00-CV-237
Judge Frank/Magistrate Erickson

STIPULATION OF DISMISSAL WITH PREJUDICE

---

The above-captioned action having been fully compromised and settled is hereby dismissed with prejudice and without further cost to either party.

Dated: 4/4/00

JOHNSON, KILLEN & SEILER, P.A.

By: ______________________
Greg C. Gilbert, #167320
Attorneys for Plaintiff
811 Norwest Center
Duluth, MN 55802
(218) 722-6331

Dated: 4/3/00

CLARK HILL P.L.C.

By: ______________________
David A. Breuch
Attorneys for Defendant
500 Woodward Avenue, Suite 3500
Detroit, MI 48226-3435

APR 05 2000
FILED ______
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

ORDER

The court being fully advised in the premises the above-captioned action is hereby dismissed with prejudice and without further costs to either party.

Dated: April 5, 2000

BY THE COURT: